## Commonwealth, Appellant, *v.* Lawler et al.

Argued March 15, 1965. *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellant; *Max W. Gibbs* and *Alexander Osinoff,* for appellees; *Stephen J. McEwen, Jr.,* with him *McEwen and McEwen,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

FLOOD, J., absent.